UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| WILLIAM J. GRADFORD,<br><br>               Plaintiff,<br><br>   v.<br><br>KIRT,<br><br>               Defendant. | 1:19-cv-01253-SAB (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION AND REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS |
|---|---|

Plaintiff has filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff neither filed an application to proceed in forma pauperis nor paid the $400.00 filing fee in full. Accordingly, it is HEREBY ORDERED that:

    1. The Clerk's Office shall send plaintiff a regular civil in forma pauperis application;

    2. Within **thirty (30) days** from the date of service of this order, plaintiff shall either file a completed regular civil in forma pauperis application or pay the $400.00 filing fee in full; and

    3. The failure to obey this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **September 16, 2019**

                                                    UNITED STATES MAGISTRATE JUDGE

1