UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>LT. KIRT,<br><br>  Defendant. | 1:19-cv-01253-DAD-SAB (PC)<br><br>ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(Doc. No. 8) |

Plaintiff is a former state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On September 30, 2019, Plaintiff filed an application to proceed in forma pauperis. Inasmuch as the Court granted Plaintiff's previous application to proceed in forma pauperis on September 30, 2019, it is HEREBY ORDERED that Plaintiff's application filed on September 30, 2019, is disregarded as MOOT.

IT IS SO ORDERED.

Dated: __**October 2, 2019**__

UNITED STATES MAGISTRATE JUDGE

1