# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD, | Case No. 1:19-cv-01253-DAD-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| LT. KIRT, | |
| Defendants. | [ECF No. 11] |

Plaintiff William J. Gradford is a former prisoner appearing pro se in this civil rights action filed on September 5, 2019, pursuant to 42 U.S.C. § 1983.

On October 21, 2019, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice. Duke Energy Trading & Mktg., L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. Id.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on October 21, 2019.

IT IS SO ORDERED.

Dated: **October 23, 2019**

UNITED STATES MAGISTRATE JUDGE

1